UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO: 3:19-CR-012 |
| | ) | |
| RICHARD YELLOCK | ) | |

## ORDER

Before the Court is the Government's motion for an order directing the Federal Bureau of Prisons to turn over a portion of the Defendant's inmate trust account to the U.S. Clerk of Court, in partial payment of the Defendant's criminal fine balance. Upon due consideration, the Government's motion (doc. no. 32) is **GRANTED**.

**IT IS THEREFORE ORDERED** that within thirty days hereof, the Federal Bureau of Prisons is directed to withdraw the balance of Defendant Richard Yellock's inmate trust account, less $150.00, and remit it to the Clerk, United States District Court, Southern District of Georgia, in the form of a check bearing reference to Case No. 3:19-CR-012. The Bureau of Prisons shall mail the check to the Clerk, United States District Court, P.O. Box 1130, Augusta, Georgia 30903. Upon receipt of the check from the Bureau of Prisons, the Clerk shall apply these funds as payment towards the criminal monetary obligations of Defendant Richard Yellock.

After the funds have been sent to the Clerk, the Federal Bureau of Prisons is **ORDERED** to release the hold on the inmate trust account of

Defendant Richard Yellock (Bureau of Prison Register Number 23204-021) with a remaining balance of $150.00.

This ___1st___ day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE